# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:14-CV-437-MOC-DCK

| | |
|---|---|
| MARIELA RODRIGUEZ, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| WAL-MART STORES, LP, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Raymond E. Owens, Jr., filed a "Certification Of Mediation Session" (Document No. 5) notifying the Court that the parties reached a settlement on April 13, 2015. The Court commends the parties and counsel for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **May 29, 2015**.

Signed: April 14, 2015

David C. Keesler
United States Magistrate Judge